# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABET JUSTICE L.L.C. and GUETATCHEW FIKROU,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-00908-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the Certificate of Interested Parties by Plaintiffs (#12) filed August 5, 2014. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly,

**IT IS ORDERED** that Plaintiff Abet Justice L.L.C. shall have until **August 20, 2014** to retain counsel. If Plaintiff Abet Justice LLC intends to continue to prosecute this matter, it is required to obtain legal counsel.

DATED this 6th day of August, 2014.

　　　　　　　　　　　　　　　　　　／s／ George Foley Jr.
　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge