# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ABET JUSTICE L.L.C. and GUETATCHEW FIKROU,

        Plaintiffs,

vs.

FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al.,

        Defendants.

Case No. 2:14-cv-00908-JCM-GWF

**ORDER**

This matter is before the Court on Plaintiffs' Request/Motion for Electronic Filling (sic) (#16), filed on August 6, 2014.

Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF).

Plaintiff Guetatchew Fikrou requests the Court allow him to use the court's CM/ECF system in order to file, access, and electronically serve documents in this case on behalf of Plaintiffs.  In the Court's Order (#18) filed on August 6, 2014, Plaintiff ABET Justice L.L.C. was ordered to retain counsel because a corporation or limited liability company may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Having reviewed and considered the matter, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Request for Electronic Filing (#16) is **granted in part and denied in part**.  Plaintiff ABET Justice L.L.C. is not allowed to use the court's CM/ECF system.  Plaintiff Guetatchew must comply with the following procedures in order to activate his CM/ECF account:

a. On or before **September 21, 2014**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

b. Plaintiff Guetatchew Fikrou is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

c. Upon timely filing of the certification, Plaintiff Guetatchew Fikrou shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 7th day of August, 2014.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**