# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ABET JUSTICE L.L.C. and GUETATCHEW FIKROU,

        Plaintiffs,

vs.

FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al.,

        Defendants.

Case No. 2:14-cv-00908-JCM-GWF

**ORDER**

This matter is before the Court on Plaintiff's Response to the Court's Order to Show Cause (#26) filed September 10, 2014. On August 6, 2014, the Court ordered that Plaintiff Abet Justice L.L.C. retain counsel on or before August 20, 2014. Not having retained counsel, the Court ordered Plaintiff Abet Justice to show cause why sanctions should not be imposed for failure to comply. As requested in Plaintiff's Response to the Order to Show Cause, the Court will not appoint counsel for Abet Justice, but will grant a 30 day extension in which time Plaintiff shall retain counsel. Accordingly,

**IT IS ORDERED** that Plaintiff Abet Justice L.L.C. shall have until **October 27, 2014** to retain counsel.

DATED this 26th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge