# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABET JUSTICE L.L.C. and GUETATCHEW FIKROU, | |
| Plaintiffs, | Case No. 2:14-cv-00908-JCM-GWF |
| vs. | **ORDER** |
| FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al., | Motion to Withdraw - #32 |
| Defendants. | |

This matter is before the Court on P. Sterling Kerr's and the Law Offices of P. Sterling Kerr's Motion to Withdraw as Counsel for Abet Justice, LLC and Guetatchew Fikrou (#32), filed January 20, 2015. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that P. Sterling Kerr's and the Law Offices of P. Sterling Kerr's Motion to Withdraw as Counsel for Abet Justice, LLC and Guetatchew Fikrou (#32) is **granted**.

**IT IS FURTHER ORDERED** that Abet Justice, LLC must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Abet Justice, LLC shall have until **February 25,** 2015 to advise the Court if it will retain new counsel.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. add the last known address of Abet Justice, LLC to the civil docket:

   **Abet Justice, LLC**
   **P.O. Box 777064**
   **Henderson, NV, 89077**; and

2. serve Abet Justice, LLC with a copy of this order at their last known addresses listed above.

DATED this 11th day of February, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**GEORGE FOLEY, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**