# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ABET JUSTICE L.L.C. and GUETATCHEW FIKROU,

          Plaintiffs,

vs.

FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al.,

          Defendants.

Case No. 2:14-cv-00908-JCM-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed June 11, 2014. Defendants filed their Answer (#33) on February 9, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **April 10, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 31st day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge