WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
ccrowton@wrightlegal.net
*Attorney for Defendants,*
First America Trustee Servicing Solutions, LLC, Residential Credit Solutions, Inc., and Defendant/Counter-Claimant, The Bank of New York Mellon f/k/a The Bank of New York as trustee for the Certificate-holders of CWMBC, INC., CHL Mortgage Pass-Through Trust 2007-J2 Mortgage Pass-Through Certificates, Series 2007-J2

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ABET JUSTICE LLC<br>P.O. Box 81282<br>Las Vegas, NV 89180<br><br>Guetatchew Fikrou (Owner of ABET Justice LLC)<br>P.O. Box 81282<br>Las Vegas, NV 89180<br>Cell (240) 938-3653<br>Email: gfikrou@yahoo.com<br><br>　　　　Plaintiffs,<br>v.<br><br>First America Trustee Servicing Solutions, LLC<br>6 Campus Circle, 2nd Floor<br>Westlake, TX 76262<br>(800) 795-5042<br><br>THE BANK OF NEW YORK MELLON FKA The Bank of New York as trustee for the Certificate-holders of CWMBC, INC., CHL Mortgage Pass-Through Trust 2007-J2 Mortgage Pass-Through Certificates, Series 2007-J2 ("The Bank of NY")<br><br>c/o Residential Credit Solutions, Inc.<br>4708 Mercantile Drive<br>FT. Worth, TX 76137<br><br>Residential Credit Solutions, Inc.<br>4708 Mercantile Drive | Case No.: 2:14-cv-00908-JCM-GWF<br><br>STIPULATION AND ORDER TO DISMISS COUNTER-DEFENDANT, NEVADA ASSOCIATION SERVICES, INC. WITHOUT PREJUDICE |

FT. Worth, TX 76137

DOES I through XI;

    Defendants.

    Defendants, First America Trustee Servicing Solutions, LLC, Residential Credit Solutions, Inc., and Defendant/Counter-Claimant, The Bank of New York Mellon f/k/a The Bank of New York as trustee for the Certificate-holders of CWMBC, INC., CHL Mortgage Pass-Through Trust 2007-J2 Mortgage Pass-Through Certificates, Series 2007-J2, and Counter-Defendant, Nevada Association Services, Inc., by and through their attorneys of record, stipulate as follows:

    IT IS HEREBY STIPULATED that the Counterclaim shall be dismissed as to Counter-Defendant, Nevada Association Services, Inc., without prejudice.

    IT IS FURTHER STIPULATED between Defendants, First America Trustee Servicing Solutions, LLC, Residential Credit Solutions, Inc., and Defendant/Counter-Claimant, The Bank of New York Mellon f/k/a The Bank of New York as trustee for the Certificate-holders of CWMBC, INC., CHL Mortgage Pass-Through Trust 2007-J2 Mortgage Pass-Through Certificates, Series 2007-J2, and Counter-Defendant, Nevada Association Services, Inc., that each side shall bear their own fees and costs.

DATED this 19th day of June, 2015.

WRIGHT, FINLAY & ZAK, LLP

_/s/ Chelsea Crowton_

Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorney for Defendants,
First America Trustee Servicing Solutions,
LLC, Residential Credit Solutions, Inc.,
and Defendant/Counter-Claimant, The
Bank of New York Mellon f/k/a The Bank
of New York as trustee for the Certificate-
holders of CWMBC, INC., CHL Mortgage
Pass-Through Trust 2007-J2 Mortgage
Pass-Through Certificates, Series 2007-J2*

DATED this 16th day of June, 2015.

LAW OFFICES OF RICHARD VILKIN, P.C.

_/s/ Richard Vilkin_

Richard Vilkin, Esq.
Nevada Bar No. 8301
1286 Crimson Sage Avenue
Henderson, Nevada 89102
*Attorney for Counter-Defendant, Nevada
Association Services, Inc.*

## ORDER

IT IS HEREBY ORDERED that the Counterclaim is dismissed as to Counter-Defendant, Nevada Association Services, Inc., without prejudice.

IT IS FURTHER ORDERED that that each side shall bear their own fees and costs.

DATED June 25, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

WRIGHT, FINLAY & ZAK, LLP

_____
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants, First America Trustee Servicing Solutions, LLC, Residential Credit Solutions, Inc., and Defendant/Counter-Claimant, The Bank of New York Mellon f/k/a The Bank of New York as trustee for the Certificate-holders of CWMBC, INC., CHL Mortgage Pass-Through Trust 2007-J2 Mortgage Pass-Through Certificates, Series 2007-J2*