**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABET JUSTICE LLC, et al., | Case No. 2:14-CV-908 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al., | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Guetatchew Fikrou's motion for extension of time to file a motion for summary judgment. (Doc. # 108). Defendant has not responded and the deadline to do so has passed.

Plaintiff requests an extension of time through May 4, 2016, because his attorneys J. Charles Coons and Thomas Miskey recently withdrew as counsel.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time (doc. # 108) is GRANTED.

IT IS FURTHER ORDERED that plaintiff shall have up to, and including, May 4, 2016, to file his motion for summary judgment.

DATED May 2, 2016.

_____
UNITED STATES DISTRICT JUDGE