UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ABET JUSTICE LLC, et al., | Case No. 2:14-CV-908 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al., | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Guetatchew Fikrou's motion for extension of time to file a motion for summary judgment. (ECF No. #112).

Plaintiff requests an extension of time through May 31, 2016, because his attorneys J. Charles Coons and Thomas Miskey recently withdrew as counsel. Plaintiff has been unable to find another attorney and is in negotiations with his prior attorneys to make a "special appearance to assist ABET in finishing this case." (ECF No. #112).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time (ECF No. #112) is GRANTED.

IT IS FURTHER ORDERED that plaintiff shall have up to, and including, May 31, 2016, to file his motion for summary judgment.

DATED May 12, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**