|   |   |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Chelsea A. Crowton, Esq. |
|   | Nevada Bar No. 11547 |
| 3 | 7785 W. Sahara Avenue, Suite 200 |
|   | Las Vegas, Nevada 89117 |
| 4 | ccrowton@wrightlegal.net |
|   | *Attorney for Defendants,* |
| 5 | *First American Trustee Servicing Solutions, LLC, Residential Credit Solutions, Inc., and Defendant/Counter-Claimant, The Bank of New York Mellon f/k/a The Bank of New York as trustee for the Certificate-holders of CWMBC, INC., CHL Mortgage Pass-Through Trust 2007-J2 Mortgage Pass-Through Certificates, Series 2007-J2* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ABET JUSTICE LLC<br>P.O. Box 81282<br>Las Vegas, NV 89180<br>Guetatchew Fikrou (Owner of ABET Justice LLC)<br>P.O. Box 81282<br>Las Vegas, NV 89180<br>Cell (240) 938-3653<br>Email: gfikrou@yahoo.com<br><br>         Plaintiffs,<br><br>   v.<br><br>First America Trustee Servicing Solutions, LLC, et al.;<br><br>         Defendants.<br><hr>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-J2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-J2, a Delaware Corporation,<br><br>         Counter-Claimant,<br><br>   v.<br><br>ABET JUSTICE, LLC, a Limited Liability Company; SUNRIDGE HEIGHTS, a Domestic Non-Profit Corporation; NEVADA ASSOCIATION SERVICES, INC., a Domestic | Case No.: 2:14-cv-00908-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR PARTIES TO RESPOND TO DISPOSITIVE MOTIONS FILED AS DOCKET NOS. 106 AND 107**<br><br>**(First Request)** |

Page 1 of 3

Corporation,
                    Counter-Defendants.

      Defendant, Residential Credit Solutions, Inc. (hereinafter "RCS"), and Defendant/Counter-Claimant, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificate-holders of CWMBC, INC., CHL Mortgage Pass-Through Trust 2007-J2 Mortgage Pass-Through Certificates, Series 2007-J2,  (hereinafter "BONY"), and Counter-Defendant, Sunridge Heights (hereinafter "HOA"), by and through their attorneys of record, hereby stipulate and agree to extend the deadline for RCS, BONY, and HOA to respond to the two dispositive motions filed as Docket Nos. 106 and 107 by sixty (60) days to allow for Abet Justice, LLC and Plaintiff to comply with the Court's Orders filed as Docket Nos. 110 and 111.

      The parties further stipulate and agree that RCS, BONY, and HOA will have up to and including August 8, 2016 to file their respective Oppositions to Docket Nos. 106 and 107.

      This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 9th day of May, 2016. | DATED this 14th day of May, 2016. |
| WRIGHT, FINLAY & ZAK, LLP | BOYACK ORME & TAYLOR |
|  /s/ Chelsea A. Crowton, Esq.      |    /s/ Adam J. Breeden, Esq.       |
| Chelsea A. Crowton, Esq. | Adam J. Breeden, Esq. |
| Nevada Bar No. 11547 | Nevada Bar No. 7878 |
| 7785 W. Sahara Avenue, Suite 200 | 401 N. Buffalo Drive, Suite 202 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89145 |
| *Attorney for Defendants, First American Trustee Servicing Solutions, LLC, Residential Credit Solutions, Inc., and Defendant/Counter-Claimant, The Bank of New York Mellon f/k/a The Bank of New York as trustee for the Certificate-holders of CWMBC, INC., CHL Mortgage Pass-Through Trust 2007-J2 Mortgage Pass-Through Certificates, Series 2007-J2* | *Attorney for Counter-Defendant, Sunridge Heights* |

## **ORDER**

      Based on the above stipulations, the Court hereby rules:

      IT IS SO ORDERED that RCS, BONY, and HOA will have up to August 8, 2016 to file

1  their respective Oppositions to Docket Nos. 106 and 107.

2  **IT IS SO ORDERED.**

3  DATED May 16, 2016.

_____
U.S. DISTRICT COURT JUDGE