# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABET JUSTICE L.L.C. and GUETATCHEW FIKROU, | |
| Plaintiffs, | Case No. 2:14-cv-00908-JCM-GWF |
| vs. | **ORDER** |
| FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al., | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Order granting the parties' Stipulation for Extension of Time to Conduct Discovery (ECF No. 73), filed July 24, 2015, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 27, 2015, or 30 days after a decision on the dispositive motions. A motion for summary judgment (ECF No. 141) was decided on February 22, 2017, in which case the date for filing the Joint Pretrial Order was suspended until 30 days after the decision. To date, the parties have not complied. Plaintiff Guetatchew Fikrou filed an untimely motion for summary judgment (ECF No. 142) on March 22, 2017. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **May 5, 2017.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 27th day of April, 2017.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE