# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABET JUSTICE L.L.C. and GUETATCHEW FIKROU, | |
| Plaintiffs, | Case No. 2:14-cv-00908-JCM-GWF |
| vs. | **ORDER** |
| FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al., | |
| Defendants. | |

This matter is before the Court on the parties failure to file a joint pretrial order as required by LR 16-3, LR 26-1 and as instructed by the Court on April 27, 2017. *See* ECF No. 146. Defendant and Plaintiff filed separate proposed pretrial orders on May 5, 2017. ECF Nos. 148, 150. Defendant represents that it attempted to confer with Plaintiff regarding the proposed joint pretrial order, but the parties failed to reach an agreement. The parties' separate proposed pretrial orders do not comply with LR 16-3. The Court, therefore, instructs the parties to further meet and confer to file a joint proposed pretrial order by **May 26, 2017** or, in the alternative, show cause in writing why the parties were unable to reach an agreement. Failure to timely comply may result in the imposition of sanctions.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall meet and confer and file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **May 26, 2017** or, in the alternative, show cause in writing why the parties were unable to reach an agreement.

DATED this 19th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge