UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ABET JUSTICE LLC, et al., | Case No. 2:14-CV-908 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| FIRST AMERICA TRUSTEE SERVICING SOLUTIONS, LLC, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Guetatchew Fikrou's ("Fikrou") motion for a stay of execution and for waiver of bonds pending appeals. (ECF No. 188). Defendant Bank of New York Mellon ("BNYM") filed a response (ECF No. 189), to which Fikrou replied (ECF No. 191).

Also before the court is BNYM's counter motion for bond amount. (ECF No. 190). Fikrou filed a response. (ECF No. 192).

On May 24, 2018, the Ninth Circuit affirmed the district court's judgment (ECF No. 193), thus mooting the instant motions.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff Fikrou's motion for a stay of execution and for waiver of bonds pending appeals (ECF No. 188) be, and the same hereby is, DENIED as moot.

. . .

. . .

. . .

. . .

IT IS FURTHER ORDERED that defendant BNYM's counter motion for bond amount (ECF No. 190) be, and the same hereby is, DENIED as moot.

DATED June 5, 2018.

                                            /s/ James C. Mahan
                                            UNITED STATES DISTRICT JUDGE